EL PUEBLO, DEMANDANTE Y APELANTE, *v.* SIERRA, ACUSADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda en causa por infracción al artículo 283 del Código Penal.

).        No. 1391.—Resuelto en diciembre 22, 1919.

Resuelto por los fundamentos del caso No. 1390, *El Pueblo* v. *Sierra*, de diciembre 22, 1919.

Abogados del apelante: *Sres. José E. Quiñones y Salvador Mestre, Fiscales.*

Abogado del apelado: *Celestino Iriarte, Jr.*

> *Revocada la resolución apelada y devuelto el caso para ulteriores procedimientos.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.